IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ARCHIE L. TUCKER,

    Plaintiff,

      v.

U.S. SMALL BUSINESS
ADMINISTRATION, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:09-CV-2723-TWT

ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 11] of the Magistrate Judge recommending granting the Defendant Karen Mills's Motion to Dismiss [Doc. 7]. The Plaintiff's Objections to the Report and Recommendation are incomprehensible. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant Karen Mills's Motion to Dismiss [Doc. 7] is GRANTED. The Plaintiff is ordered to show cause in writing within 10 days from the date of this Order why Rule 11 sanctions should not be imposed for filing this frivolous lawsuit and failing to comply with the Court's Order dismissing a prior lawsuit.

SO ORDERED, this 8 day of March, 2010.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge